UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

CANDY CARABALLO,
and other similarly situated
non-exempt employees,

    Plaintiff(s),

v.

INTERNATIONAL FINANCE BANK,
a Florida Profit Corporation, and
JOSE E. CUETO, individually,

    Defendants.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA.

PLEASE TAKE NOTICE that Defendants, International Finance Bank, a Florida profit corporation ("IFB"), and Jose E. Cueto ("Cueto"), individually, (collectively, "Defendants"), pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, hereby give notice of removal of this action from the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, on the following grounds:

1. Plaintiff, Candy Caraballo ("Caraballo" or "Plaintiff"), filed her Complaint in the Circuit Court of the 11th Judicial Circuit, in and form Miami-Dade County, Florida, Civil Action No. 2017-005902-CA-01 ("State Action") on March 10, 2017. Defendants have attached copies of all pleadings, process, and orders from the State Action at Exhibit A.

2. In her Complaint, Plaintiff alleges violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA"). Specifically, she alleges two counts against Defendants, one against IFB and one against Cueto, individually, for their failure to compensate her for overtime hours worked as a non-exempt employee. Both counts are based solely on a purported violation of the FLSA.

3. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

4. "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Because Plaintiff raises claims under the FLSA, this action presents a federal question that is removable pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1331.

5. Defendant files this Notice in the Miami Division of the United States District Court for the Southern District of Florida because (i) the conduct alleged in the Complaint relates to Plaintiff's employment with Defendant IFB in Miami-Dade County, Florida, (ii) all conduct is alleged to have occurred within Miami-Dade County, Florida, and (iii) Plaintiff filed her Complaint in the 11th Judicial Circuit in and for Miami-Dade County, Florida. (*See* Compl. ¶¶ 2-4, 6, attached hereto as Ex. A.).

6. Defendants were served with Summons and the Complaint on March 31, 2017. This removal is therefore timely as it is filed within thirty (30) days after receipt of the Summons and the Complaint. *See* 28 U.S.C. §1446(b).

7. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice will be served on Plaintiff and a copy of this Notice will be filed concurrently with the Clerk of the Circuit Court of 11th Judicial Circuit in and for Miami-Dade County, Florida, which is attached hereto as Exhibit B.

8. By filing this Notice of Removal, Defendants do not admit any of the allegations in the Complaint, or waive any of their defenses. Defendants expressly reserve any objections as to service and personal jurisdiction.

WHEREFORE, Defendants, IFB and Cueto, respectfully request removal of this action from the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida.

Respectfully submitted this 20th day of April, 2017.

/s/ Brooks Anderson
**Brooks Anderson, Esq.**
Florida Bar No. 105042
FordHarrison, LLP
1450 Centrepark Boulevard, Suite 325
West Palm Beach, Florida 33401
Telephone: (561) 345-7502
Facsimile: (561) 345-7501
E-mail: banderson@fordharrison.com

**Rodolfo Gomez, Esq.**
Florida Bar No. 0820903
FordHarrison, LLP
100 S.E. 2nd Street, Suite 2150
Miami, Florida 33131
Telephone: (305) 808-2143
Facsimile: (305) 808-2101
E-mail: rgomez@fordharrison.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on April 20, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Brooks Anderson
Brooks Anderson, Esq.
Florida Bar No.: 105042

**SERVICE LIST**

*Attorneys for Plaintiff*

Jason S. Remer, Esq.
Florida Bar Number: 0165580
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Tel: (305) 416-5000
E-Mail: jremer@rgpattorneys.com

Brody M. Shulman, Esq.
Florida Bar Number: 092044
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Tel: (305) 416-5000
E-Mail: bshulman@rgpattorneys.com

*Attorneys for Defendants*

Brooks Anderson, Esq.
Florida Bar Number: 105042
FordHarrison, LLP
1450 Centrepark Boulevard, Suite 325
West Palm Beach, Florida 33401
Tel: (561) 345-7500
E-Mail: banderson@fordharrison.com

Rodolfo Gomez, Esq.
Florida Bar Number: 0820903
FordHarrison, LLP
100 S.E. 2nd Street, Suite 2150
Miami, Florida 33131
Tel: (305) 808-2143
E-Mail: rgomez@fordharrison.com

WSACTIVELLP:9116398